IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SHAWNA KELLEY, et al.,

        Plaintiffs,

v.                                           CIVIL ACTION NO. 2:12-cv-09579

ANALYTIC BIOSURGICAL SOLUTIONS,

        Defendant.

MEMORNADUM OPINION AND ORDER

On October 11, 2019, I entered an order directing plaintiffs to show cause on or before October 18, 2019, why their case should not be dismissed without prejudice as to the remaining defendant, Analytic Biosurgical Solutions, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 21, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE